**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LaSalle Bank, National Association as trustee for WMABS Series 2006-HE4 Trust**

**Plaintiff,**

**vs.**

**Larry M. Sadler, et al.**

**Defendants.**

**Case No. 2:07-cv-1122**

**Judge Edmund A. Sargus**

**ORDER OF CONFIRMATION OF SALE AND DISTRIBUTION**

This action is before the Court upon the Notice of Deposit of Foreclosure Sale filed by the Special Master with respect to the property commonly known as 5158 Wollaston Court, Columbus, OH 43228, parcel no. 570-220882-00 (the "Property"). The legal description of the Property is attached to this order as Exhibit A, which is incorporated herein by reference.

1. Consistent with section 3.12 of General Order No. 07-03 and section 2329.34 of the Ohio Revised Code, the Court finds that a special reason exists why a county sheriff or the United States Marshal's Office cannot conduct the sale.

2. The Property was sold by the Special Master on May 15, 2008 to LaSalle Bank, National Association as trustee for WMABS Series 2006-HE4 Trust for the following amount: $81,900.00. LaSalle Bank, National Association as trustee for WMABS Series 2006-HE4 Trust subsequently assigned its bid to LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE4 Trust ("Plaintiff's Assignee").

3. Having carefully examined the proceedings of the officer, the Court finds that the sale of the Property conformed in all respects to the law and the prior orders of this Court and hereby confirms and approves the sale of the Property and these proceedings.

4. The Special Master, within 5 days of the date of this Entry, shall convey the Property to

LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE4 Trust by deed according to law free and clear of all liens and encumbrances and shall issue the deed in the following name: LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE4 Trust.

5. The tax mailing address of the purchaser of the Property is as follows: c/o Washington Mutual Bank, 9451 Corbin Avenue, Northridge, CA 91324.

6. The prior deed reference with respect to the Property is as follows: Deed dated May 21, 2006, filed July 31, 2006, recorded at Official Instrument Number 200607310149174, Recorder's Office, Franklin County, Ohio.

7. The purchaser of the Property is hereby subrogated to the rights of the mortgagees and lien holders in the Property to the extent necessary to protect the purchaser's title to the Property.

8. The Court hereby grants the purchaser of the Property a writ of possession to put the purchaser in possession of the Property.

9. The Court hereby orders the release of all mortgages and liens held by all parties to this action. As a result, upon recording of a certified copy of this Order in the office of the Franklin County Recorder, each of the mortgages and liens listed on Exhibit B, which is attached to this Order and incorporated herein by reference, shall be ordered released by operation of law. Such mortgages and liens shall be released only to the extent that they encumber the property foreclosed upon in this action and not to the extent that they encumber any other property.

10. Because LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE4 Trust is the assignee of the successful bid of LaSalle Bank,

National Association as trustee for WMABS Series 2006-HE4 Trust, which holds a valid and subsisting mortgage on the Property, it need not pay the full amount of the purchase price to the Special Master. Instead, the bid of LaSalle Bank NA as trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE4 Trust shall be credited against the amount of the judgment previously entered in favor of the Plaintiff. Plaintiff is further ordered to pay the following:

a. To the County Treasurer, $0.00 for taxes and assessments due on the Property as represented by tax bill attached as Exhibit C.

11. The following amount shall be applied as a credit toward the amount of the judgment previously entered in favor of the Plaintiff: $81,900.00.

12. The Clerk is hereby ordered to distribute $500.00 to the Special Master from the amount placed on deposit by the Plaintiff.

13. Having distributed payment for the appraisals in accordance with section 3.12 of General Order 07-03, the Clerk is hereby ordered to return the balance of the deposit, $550.00, plus accrued interest, if any, to the Plaintiff.

**IT IS SO ORDERED.**

5-23-2008

Judge Edmund A. Sargus
United States District Court Judge

Approved:

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff

# **EXHIBIT A**

Legal Description of the Property

Situated in the County of Franklin, in the State of Ohio and in the City of Columbus:

Being Lot Number Four Hundred Eighty-one (481) of Cherry Creek Section 9, as the same is numbered and delineated upon the recorded plat thereof, of record in the Plat Book 74, Page 78, Recorder's Office, Franklin County, Ohio.

Parcel Number: 570-220882-00

Property Address: 5158 Wollaston Court, Columbus, OH 43228

**EXHIBIT B**

Mortgages and Liens to be Released

1. Mortgage in favor of "MERS", Mortgage Electronic Registration Systems, Inc., acting solely as nominee for The CIT Group/Consumer Finance, Inc., P.O. Box 2026, Flint, MI 48501-2026, from Larry M. Sadler and Rebecca L. Sadler, Husband and Wife, in the amount of $107,200.00, filed July 31, 2006, recorded at Official Instrument Number 200607310149176, Recorder's Office, Franklin County, Ohio.

   as assigned to LaSalle Bank, National Association as trustee for WMABS Series 2006-HE4 Trust, c/o Washington Mutual Bank, c/o Washington Mutual, Mail Stop JAXB2007, 7255 Baymeadows Way, Jacksonville, FL 32256, by Assignment filed October 30, 2007, recorded at Official Instrument Number 200710300188409, Recorder's Office, Franklin County, Ohio.

2. Mortgage in favor of "MERS", Mortgage Electronic Registration Systems, Inc., acting solely as nominee for The CIT Group/Consumer Finance, Inc., P.O. Box 2026, Flint, MI 48501-2026, from Larry M. Sadler and Rebecca L. Sadler, Husband and Wife, in the amount of $26,800.00, filed July 31, 2006, recorded at Official Instrument Number 200607310149177, Recorder's Office, Franklin County, Ohio.

# EXHIBIT C

# Franklin County Treasurer Edward J Leonard

*generated on 5/16/2008 10:10:30 AM EDT*

## Tax Information

Scroll down to view Payment Information

| Parcel ID | Address | Index Order | Card(s) |
|---|---|---|---|
| 570-220882-00 | 5158 WOLLASTON CT | Parcel ID | 1 |

**Edward J Leonard Franklin County Treasurer**
**REAL ESTATE TAX AND PAYMENT INFORMATION**

| | | | |
|---|---|---|---|
| **Current Owner(s)** | SADLER LARRY M<br>SADLER REBECCA L | **Full Rate** | 86.080000 |
| | | **Reduction Factor** | 0.40690500 |
| **Billing Name** | WASHINGTON MUTUAL<br>FIRST AMERICAN RE TAX SRV<br>1721 MOON LAKE BLVD #400<br>HOFFMAN ESTATES IL 60169- | **Effective Rate** | 51.053599 |
| | | **Tax District** | 570 COLUMBUS-SOUTHWESTERN C.S.D. |
| | | **CDQ Year** | |
| | | **Tax Lien Flag** | |

| **Assessed Value** | | **Annual Tax** | $1,837.36 |
|---|---|---|---|
| **Land** | $7,210 | | |
| **Improvements** | $33,920 | | |
| **Total** | $41,130 | | |

## Current Year Tax Detail

| | Prior | Prior-Adj | 1ST Half | 1ST Adj | 2ND Half | 2ND Adj |
|---|---|---|---|---|---|---|
| **Orig Tax** | $0.00 | $0.00 | $1,770.24 | $0.00 | $1,770.24 | $0.00 |
| **Reduction** | | | $720.32 | $0.00 | $720.32 | $0.00 |
| **Subtotal** | **$0.00** | | **$1,049.92** | | **$1,049.92** | |
| **10% RB** | | | $104.99 | $0.00 | $104.99 | $0.00 |
| **2.5% RB** | | | $26.25 | $0.00 | $26.25 | $0.00 |
| **Homestead CR** | | | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Total** | **$0.00** | | **$918.68** | | **$918.68** | |
| **Penalty / Int** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RE Chrg** | $0.00 | | $918.68 | | $918.68 | |
| **RE Paid** | $0.00 | | $918.68 | | $0.00 | |
| **SA Chrg** | $0.00 | | $0.00 | | $0.00 | |
| **SA Paid** | $0.00 | | $0.00 | | $0.00 | |
| **Total Owed** | **$0.00** | | **$918.68** | | **$918.68** | |
| **Total Paid** | **$0.00** | | **$918.68** | | **$0.00** | **$918.68** |
| **Balance Due** | **$0.00** | | **$0.00** | | **$918.68** | |
| **Future Charge** | | $0.00 | | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| **Future Paid** | $0.00 | $0.00 | $0.00 |

## Detail of Special Assessment

| Prior | Prior-Adj | 1ST Half | 1ST Adj | 2ND Half | 2ND Adj |
|---|---|---|---|---|---|

*No Records Found*

**Future assessment charges may exist. - Please call the County Auditor`s office at 614-462-3205 for further details.**

## Payment Information

| Date | Half | Proj | Prior | 1ST Half | 2ND Half | Surplus |
|---|---|---|---|---|---|---|
| 01/18/08 | 1-07 | | $0.00 | $918.68 | $0.00 | $0.00 |
| 06/14/07 | 2-06 | | $0.00 | $0.00 | $916.00 | $0.00 |
| 01/25/07 | 1-06 | | $0.00 | $916.00 | $0.00 | $0.00 |
| 06/16/06 | 2-05 | | $0.00 | $0.00 | ($903.06) | $0.00 |
| 06/14/06 | 2-05 | | $0.00 | $0.00 | $0.00 | $903.06 |
| 06/14/06 | 2-05 | | $0.00 | $0.00 | $903.06 | ($903.06) |
| 06/12/06 | 2-05 | | $0.00 | $0.00 | $903.06 | $0.00 |
| 01/23/06 | 1-05 | | $0.00 | $903.06 | $0.00 | $0.00 |

**Payments received will not show paid until posted**

Data updated on 05/14/2008